# EXHIBIT A

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| PETER L. LICKTEIG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-00180 |
| v. | ) | Div. 11 |
| | ) | |
| WARDRIP LANDSCAPING, INC. | ) | |
| | ) | |
| And | ) | |
| | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendants. | | |

### **DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL**

I hereby certify that a copy of the Notice of Removal in the above-styled action has been filed in the United States District Court for the District of Kansas, on this 6th day of February, 2020.

A copy of the Notice of Removal is attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ James R. Jarrow*
James R. Jarrow           KS #14287
Haley A. Stevenson        KS # 28135
BAKER STERCHI COWDEN & RICE, L.L.C.
9393 W. 110th St., Suite 500
Overland Park, KS 66210
Telephone:        (913) 451-6752
Facsimile:        (816) 472-0288
Email:            jarrow@bscr-law.com
                  hstevenson@bscr-law.com
ATTORNEYS FOR DEFENDANT
WALMART, INC.

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court on this 6th day of February, 2020, which will send notification of the same to all counsel of record.

    Mark J. Eichholz, #14017
    Hinkle & Eichholz, Chartered
    130 N. Cherry, Suite 101
    Olathe, KS 66061
    mickeichholz@msn.com
    ATTORNEY FOR PLAINTIFF

    Nathan Sutton
    7211 W 98th Terrace Suite 140
    Overland Park, KS 66212
    REGISTERED AGENT FOR WARDRIP LANDSCAPING, INC.

                                      */s/ James R. Jarrow*

20CV00180
Div11

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

Peter L. Lickteig,
        Plaintiff

v.

Wardrip Landscaping, Inc.,
and
Walmart, Inc.,
        Defendants.

Case No. 20 CV _____
Div. ___
Chapter 60

### PETITION

COME NOW Plaintiff Peter L. Lickteig, by and through his attorney of record Mark J. (Mick) Eichholz, of Hinkle & Eichholz, Chartered and for their causes of action against Defendants Wardrip Landscaping, Inc. and Walmart, Inc., and states and alleges as follows:

### PARTIES, VENUE AND JURISDICTION

1. Plaintiff is a resident of Olathe, Johnson County, Kansas.

2. Defendant Wardrip Landscaping ("Defendant Wardrip") is a Missouri corporation doing business in Kansas as a for profit business entity and is registered with the Kansas Secretary of State (Business Entity Number 2597367).

3. Defendant Wardrip is amenable to service of process through its Registered Agent, Nathan Sutton, 7211 W. 98th Street, Overland Park, Johnson County, Kansas 66212.

4. Defendant Walmart Inc. ("Defendant Walmart") is a Delaware corporation

1

EXHIBIT A

*Clerk of the District Court, Johnson County Kansas*
*01/10/20 03:44pm ST*

doing business in Kansas as a for profit business entity and is registered with the Kansas Secretary of State (Business Entity Number 7054901).

5. Defendant Walmart is amenable to service of process through its Registered Agent, The Corporation Company, Inc., 112 S.W. 7th Street, Suite C, Topeka, Kansas 66603.

6. Venue is proper in the District Court of Johnson County, Kansas, pursuant to K.S.A. 60-603.

7. Jurisdiction is also proper in this Court, pursuant to K.S.A. 60-308.

## FACTS AND CLAIM FOR RELIEF

8. On or about January 12, 2018, at or about 395 North Kansas Highway 7, the Plaintiff, Peter L. Lickteig, while walking on the premises of Defendant's Walmart parking lot and which Defendant Wardrip was contracted to remove snow and ice from the premises, he was caused to slip and fall.

9. As the direct and proximate result of Plaintiff's slip and fall in the aforesaid parking lot, he sustained serious physical injuries to his upper torso, on particular to his left shoulder, which required, among other procedures, extensive surgery and rehabilitation, all as the result of dangerous conditions of said area caused by either or both Defendant Wardrip and/or Defendant Walmart's negligence in design and/or maintenance of the premises.

10. That, upon information and belief, at all times herein mentioned, either, or of both Defendants Wardrip and Defendant Walmart, maintained control over the area

wherein the above described fall with resulting injury occurred.

11. At the time of said accident, the Plaintiff, was lawfully upon said premises for purposes of preparing to or engaging in retail shopping activities.

12. In no way did Plaintiff contribute to the happening of the accident in any manner.

13. The aforesaid accident was the consequence wholly and solely of the negligence of either or both Defendant Wardrip or Defendant Walmart. Plaintiff believes Defendant Wardrip was employed or contracted by Defendant Walmart, but is uncertain whether Defendant Wardrip is solely liable for the negligence and damages caused to Plaintiff due to any contractual arrangement with Defendant WalMart.

14. As a direct result of the negligence of Defendant Wardrip and/or Defendant Wardrip, Plaintiff suffered to date: personal injury with accompanying pain and suffering, physical disability or disfigurement, medical expenses, loss of time, and loss of income.

15. Plaintiff further expects to suffer continuing, future or permanent loss and damages, including without limitation, partial loss of use of his arm.

16. Plaintiff claims total damages in an amount in excess of $75,000.00, together with interest, costs of this action and other appropriate relief.

WHEREFORE, Plaintiff Peter L. Lickteig prays for judgment against Defendant Wardrip Landscaping, Inc. and Defendant Walmart Inc. in an amount in excess of $75,000.00, for attorneys fees and costs for bringing this action, and for such other and

further relief as the Court deems just and proper.

                Respectfully submitted:

                HINKLE & EICHHOLZ, Chartered

                /s/ Mark J. Eichholz

                _____

                Mark J. Eichholz, #14017
                130 N. Cherry, Suite 101
                Olathe, Kansas 66061
                Telephone: (913) 764-8000
                Facsimile: (913) 764-8011
                email:  mickeichholz@msn.com
                ATTORNEYS FOR PLAINTIFF
                PETER L. LICKTEIG

20EF008640

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

PETER L LICKTEIG
Plaintiff
vs
WARDRIP LANDSCAPING INC
Defendant

Case No: 20CV00180
Division: 11
K.S.A. Chapter 60

REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WARDRIP LANDSCAPING INC whose address for service is:

7211 W. 98TH STREET
OVERLAND PARK, KS 66212

Service through the Sheriff of JOHNSON County, State of Kansas, other than by certified mail.

SERVE NATHAN SUTTON, REGISTERED AGENT

By: /s/ MARK J EICHHOLZ
MARK J EICHHOLZ, #14017
130 N CHERRY ST STE 101
OLATHE, KS 66061
913-764-8000

*Clerk of the District Court, Johnson County Kansas*
*01/10/20 03:44pm ST*

20EF008640

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

PETER L LICKTEIG

          Plaintiff

vs

WARDRIP LANDSCAPING INC

          Defendant

Case No: 20CV00180
Division: 11
K.S.A. Chapter 60

REQUEST AND SERVICE INSTRUCTION FORM

To:  Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WALMART INC whose address for service is:

    112 S.W. 7TH STREET, SUITE C
    TOPEKA, KS 66603

Certified mail service by the Sheriff of JOHNSON County, State of Kansas.

SERVE REGISTERED AGENT:  THE CORPORATION COMPANY, INC.

          By: /s/ MARK J EICHHOLZ
          MARK J EICHHOLZ, #14017
          130 N CHERRY ST STE 101
          OLATHE, KS 66061
          913-764-8000

*Clerk of the District Court, Johnson County Kansas*
*01/10/20  03:44pm ST*

JOHNSON COUNTY KANSAS SHERIFF'S RETURN OF CIVIL PROCESS

CASE NO. 20CV00180
CHAPTER 60

PETER L LICKTEIG

(PLAINTIFF)

WARDRIP LANDSCAPING  INC
7211 W. 98TH STREET
OVERLAND PARK, KS 66212

(PARTY OF RECORD)

SHERIFF'S RETURN OF SERVICE

I have served the following, SUMMONS AND PETITION by delivering a copy of each to WARDRIP LANDSCAPING  INC, personally, at 7211 W. 98TH STREET, on JANUARY 22 2020, at 1433 hours.

All done in Johnson County, Kansas

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed:  January 22, 2020

Attorney for Plaintiff
MARK J EICHHOLZ

Calvin Hayden-Sheriff
Johnson County, Kansas

By /s/ TURNER, TRAVIS, 1343

Electronically Signed

Additional Notes:
SERVED REGISTERED AGENT NATHAN SUTTON.

*Clerk of the District Court, Johnson County Kansas*
*01/22/2020 14:32:56 JL*

JOHNSON COUNTY KANSAS SHERIFF'S RETURN OF CIVIL PROCESS

CASE NO. 20CV00180
CHAPTER 60

PETER L LICKTEIG

(PLAINTIFF)

WALMART INC
112 S.W. 7TH STREET, SUITE C
TOPEKA, KS 66603

(PARTY OF RECORD)

SHERIFF'S RETURN OF SERVICE

CERTIFIED MAIL SERVICE

I have served the within civil process: (1) By mailing on JANUARY 13 2020, a copy of the above action by certified mail return receipt requested to each of the within-named defendants; (2) the name and address on the envelope containing the process mailed by certified mail return receipt requested were as follows: WALMART INC, 112 S.W. 7TH STREET, SUITE C. Certified Mail return receipt attached.

All done in Johnson County, Kansas

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed:  January 22, 2020


Attorney for Plaintiff
MARK J EICHHOLZ

Calvin Hayden-Sheriff
Johnson County, Kansas


By /s/ JOHNSON, DAVID, 962

Electronically Signed


Additional Notes:

*Clerk of the District Court, Johnson County Kansas*
*01/22/2020 15:18:26 JL*