IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PETER L. LICKTEIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 20-2054-DDC-GEB |
| WARDRIP LANDSCAPING, INC. | ) |
| and | ) |
| WALMART, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the court on the parties' Joint Motion for Dismissal with Prejudice (Doc. 44). After being fully advised, the court finds that the parties have reached a settlement of this case and it appears no issue remains for the court's determination.

IT IS HEREBY ORDERED that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

November 30, 2020  
Date

s/ Daniel D. Crabtree  
Daniel D. Crabtree  
United States District Judge

101968475.v1